Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

WARDIS AGUILAR-VILLALOBOS

    v.

TODD BLANCHE, et al

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 26-cv-604

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petitioner is detained under 8 U.S.C. § 1225(b)(2)(A) and is not otherwise entitled to a bond hearing. Respondents' motion   to dismiss, Dkt. 11, is granted, and the petition is denied

Date: July 24, 2026

ANDREW W. MOELLER
CLERK OF COURT

By:  s / Donna
    Deputy Clerk